FILED

2009 AUG 24 AM 10: 3█

█████ ███ ████ COURT
██████ ████ OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: 09-1902M

US

PLAINTIFF(S)

v.

Dale Russell

DEFENDANT(S).

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: __ICE__
in the __Southern__ District of __Indiana__ on __1/8/2008__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __2004__
in violation of Title __18__ U.S.C., Section(s) __2251__
to wit: __Child pornography production__

A warrant for defendant's arrest was issued by: __Southern Dist Indiana__

Bond of $ __Det__ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): __Indictment__

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __8/24/09__, by

_____, Deputy Clerk.

_____      __Ben Shelton__
Signature of Agent            Print Name of Agent

__ICE__                       __Special Agent__
Agency                        Title

---

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT