# United States District Court

__SOUTHERN__ DISTRICT OF __INDIANA__

UNITED STATES OF AMERICA
V.
DALE RUSSELL

WARRANT FOR ARREST
(SEALED)
CASE NUMBER: 1:08-cr-_004_

**09-1902M**

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DALE RUSSELL___ and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment  _ Information  _ Complaint  _ Order of Court  _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

Production of Child Pornograhpy

in violation of Title __18__ United States Code, Section(s) __2251(a) and (d) and 2__

| | |
|---|---|
| Laura A. Briggs | Clerk, U.S. District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* CLERK | |
| Signature of Issuing Officer | January _8_, 2008 Indianapolis, Indiana |
| | Date and Location |
| *[signature]* Linda Carmichael, DC | by |
| (By) Deputy Clerk | Name of Judicial Officer |

Bail fixed at $ _____

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |


SCANNED